**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JEAN ROSEMOND,

                Petitioner,              19 **CIVIL** 9657 (NSR) (LMS)

     -against-                     **JUDGMENT**

THOMAS DECKER, et al.,
                Respondents.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 14, 2020, this Court adopts Judge Smith's R&R. Rosemond's Petition is GRANTED and his Emergency Motion is DENIED. Respondents will either produce Petitioner before an Immigration Judge by April 28, 2020 for an individualized bond hearing or release him on his own recognizance that day. The bond hearing must include the procedural safeguards set forth in the R&R. The Clerk of the Court is respectfully requested to terminate the motion at ECF No. 16; accordingly, this case is closed.

**DATED:** New York, New York
         April 15, 2020

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                              **Clerk of Court**
                                           **BY:**
                                                              **Deputy Clerk**